UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Yenny Santos-Reynoso

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )
21 Mag 427

Defendant **Yenny Santos-Reynoso**_____ hereby voluntarily consents to participate in the following proceeding via X__ videoconferencing or X__ teleconferencing:

**X**
_____  Initial Appearance Before a Judicial Officer

_____  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____  Bail/Detention Hearing

_____  Conference Before a Judicial Officer

/s/ Yenny Santos-Reynoso_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Yenny Santos-Reynoso
_____
Print Defendant's Name

/s/ Martin Cohen_____
Defendant's Counsel's Signature

Martin Cohen
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**2·16·2021**
Date

Kathan H Paul_____
U.S. District Judge/U.S. Magistrate Judge